**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

Kelly Michael Velayas – on behalf of §
Minorities of the State of Texas §
*Plaintiff* §        Civil Action – *Pro Se*        **FILED**
§
§        *in forma pauperis*
The State of Texas §                                **JUL 3 1 2023**
*Defendants* §
§        JURY BY TRIAL – YES        CLERK, U.S. DISTRICT CLERK
§                                   WESTERN DISTRICT OF TEXAS
                                    BY_____
                                                  DEPUTY

§ **1:23CV00891  RP**

## CLASS ACTION – CIVIL RIGHTS COMPLAINT – TO CIVIL CASE

I.    Parties to the complaint:

*Plaintiff:*
Kelly Michael Velayas – on behalf of minorities, and all that stand against racial prejudice – namely: White Supremacy – in the State of Texas – of these United States of America – being citizens hereto…

*Defendants:*
To summon Texas' State Attorney General & Governor

Texas – State Attorney General – Ken Paxton – 209 W 14th St, Austin, TX 78701

Texas – Governor – Greg Abbott – Office of the Governor – State Insurance Building, 1100 San Jacinto, Austin, Texas 78701

II.    Basis for Jurisdiction:

Under Article III of the Constitution, federal courts can hear "all cases, in law and equity, arising under this Constitution, [and] the laws of the United States..."

42 U.S. Code § 1983 - Civil action for deprivation of rights

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

State Laws – in leu of Federal powers (falling under Federal Jurisdiction) thus all law enforcement at or beneath the State Level (of Texas) – will not be allowed to enter – no matter what…Unless authorized, by that community. Trespassing – can lead to death…If admittance (of State authorities is allowed) there will be no immunities – all (recognized police officers, agents, Texas Rangers) will be recognized as common citizens…and any crimes (including capital crimes) will be tried – by either local courts (to that community) or Federal Courts – dependent of jurisdiction. No crimes committed in (the autonomous) communities – will be tried in a Texas Court – of any kind…Without exception.

The following will be recognized – minorities – deserve their communities – independent of corruption based on race – or any other prejudice – where no encroachment, infiltration – excuse to encroach or infiltrate is tolerated – where they will be self-governed – without oversight – save the Federal government…

I – Kelly Michael Velayas – request the creation of – as stated before – autonomous (independent communities) for all minorities – and those they allow to enter – of – 2,000 acres each (above the 100-year flood plain – free of chemical or damaging contaminates) – within 5 miles of the city center – in the following communities…within the State of Texas…and these areas will be connected by a train (or light rail) to the city center of that (specific) city.
Government grants and (forgivable loans) to be provided – to build these communities.

Transfer of land (all 32 areas of – no less that – 2,000 acres a piece – for a total of (at least) 64,000 acres – of land (above the 100-year floor plane – free of chemical or damaging contaminates) to be completed – within 1 year of judgement – to the NAACP – **National Association for the Advancement of Colored People** – with oversight by President Barack Obama and The Honorable Minister Louis Farrakhan – whom will be the governing authorities of each community.

Request – minority protected neighborhoods – in the following (cities-areas):

**State of Texas**
Dallas, Fort Worth, El Paso, San Antonio, Austin, Houston, Lubbock, Amarillo, Abilene, Corpus Christie, Waco, Temple, Texarkana, Beaumont, College Station, Tyler, Brownsville, San Marcos, College Station, Killeen, Midland, Odessa, Galveston, Bastrop, San Angelo, Del Rio, Presidio, Jasper, Longview, Palestine, Nacogdoches

Plaintiff: _____ Date: 7-31-2023

Address: 110 Harper Dr, Bastrop, Texas 78602
Phone: (737) 717-1476