IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KELLY MICHAEL VELAYAS, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:23-CV-891-RP |
| THE STATE OF TEXAS, | § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

On this date, the Court adopted United States Magistrate Judge Susan Hightower's report and recommendation concerning Plaintiff Kelly Velayas' complaint pursuant to 28 U.S.C. § 1915(e). (R&R, Dkt. 4). The Court dismissed Velayas' complaint, (Dkt. 1), with prejudice.

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that each party bear its own costs.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

**SIGNED** on October 4, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE